[No. 63236-1-I.  Division One.  March 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LEVI WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-02165-0, Laura C. Inveen, J., entered March 16, 2009. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Ellington and Lau, JJ.

[No. 63419-4-I.  Division One.  March 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ORLEN GURZELLE DARDEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12305-3, Julie A. Spector, J., entered May 1, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, A.C.J., and Lau, J.

[No. 63463-1-I.  Division One.  March 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. J.S., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-8-01179-8, Anita L. Farris, J., entered April 30, 2009. *Affirmed* by unpublished opinion per Leach, J., concurred in by Grosse and Becker, JJ.

[No. 63464-0-I.  Division One.  March 8, 2010.]

*In the Matter of the Marriage of* ALI GANJAIE, *Appellant*, and KATHERINE GANJAIE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-3-08410-3, Patricia H. Clark, J., entered April 8, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Ellington and Appelwick, JJ.